## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Construction Workers Pension Fund Lake County
and Vicinity

                                              Plaintiff,

v.                                                          Case No.:
                                                            1:20–cv–03289
                                                            Honorable John Z. Lee

Bulls Eye Boring, Inc. Corporation

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2020:

      MINUTE entry before the Honorable John Z. Lee: The Court is informed that
Defendant has provided the requested documents and records to Plaintiff for review.
Plaintiff is in the process of reviewing them and indicates that it will seek to dismiss the
case without prejudice with leave to reinstate. The Court sua sponte dismisses this case
without prejudice. Plaintiff may seek to reinstate this action no later than 2/1/21, if
necessary. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.